AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

JOHN G. ESPOSITO, JR., D.D.S.,
on Behalf of Himself and All Others
Similarly Situated

V.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 CV 10013 NG

TO: (Name and address of Defendant)

Thomas A. Moore, c/o Biopure Corporation,
11 Hurley Street, Cambridge, MA  02141

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.,
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                            1-6-04
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date              Signature of Server

                            Address of Server

---

Middlesex, ss.                                    January 19, 2004

I hereby certify and return that on 1/12/2004 at 12:16PM I served a true and attested copy of the SUMMONS AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS in this action in the following manner: To wit, by delivering in hand to HAZEL FARNEY, agent, person in charge at the time of service for MOORE, THOMAS A., at, 11 HURLEY Street, C/O BIOPURE CORPORATION Cambridge, MA 02141. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

[signature] Deputy Sheriff

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171