# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, on behalf herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 03-CV-12628 |
| JOHN G. ESPOSITO, JR., D.D.S., on behalf himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10013 |
| JOSEPH L. KING, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10038 |

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| Michael E. CRIDEN, on behalf himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 04-CV-10046 |
| v. | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS, Defendants. | |
| ISRAEL SHURKIN and SHARON SHURKIN on behalf themselves and all others similarly situated, | |
| Plaintiff, | Civil Action No. 04-CV-10055 |
| v. | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS, Defendants. | |
| JAMES J. NIZZO and VIRGINIA C. NIZZO, as JOINT TENANTS and CARLO CILIBERTI, on behalf of themselves and all others similarly situated, | |
| Plaintiff, | Civil Action No. 04-CV-10065 |
| v. | |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS, Defendants. | |

**[Additional Captions Follow on Next Page]**

BARRY BROOKS, on behalf himself and
all others similarly situated,

       Plaintiff,                   Civil Action No. 04-CV-10077

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
         Defendants.

---

ANASTASIOS PERLEGIS, on behalf
himself and all others similarly situated,

       Plaintiff,                   Civil Action No. 04-CV-10078

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
         Defendants.

---

MARTIN WEBER, on behalf of himself
and all others similarly situated,

       Plaintiff,                   Civil Action No. 04-CV-10090

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
         Defendants.

**[Additional Captions Follow on Next Page]**

BRUCE HAIMS, on behalf himself and all
others similarly situated,

        Plaintiff,               Civil Action No. 04-10144

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
           Defendants.

---

MODEL PARTNERS LIMITED, on behalf
themselves and all others similarly situated,

        Plaintiff,               Civil Action No. 04-CV-10155

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
           Defendants.

---

JUNE E. PATENAUDE, on behalf of
herself and all others similarly situated,

        Plaintiff,               Civil Action No. 04-CV-10179

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
           Defendants.

**[Additional Captions Follow on Next Page]**

NANCY L. PINCKNEY and GERTRUDE
PINCKNEY, on behalf themselves and all
others similarly situated,

    Plaintiff,        Civil Action No. 04-CV-10189

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
    Defendants.

W. KENNETH JOHNSON, on behalf
himself and all others similarly situated,

    Plaintiff,     Civil Action No. 04-CV-10190

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
    Defendants.

GREGORY KRUSZKA, on behalf of
himself and all others similarly situated,

    Plaintiff,     Civil Action No. 04-CV-10202

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
    Defendants.

**CERTIFICATE OF SERVICE**

I, Veronica McAllister, hereby certify that I caused a true copy of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; Memorandum of Law in Support of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; Declaration of Jeffrey C. Block in Support of George Eliopoulos, Dale Self and Mark Mentz's Motion for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Choice of Lead Counsel; and [Proposed] Order Consolidating Related Cases and Appointing Lead Plaintiff and Lead Counsel to be served electronically and/or by first class mail on March 1, 2004 to the parties on the attached service list.

March 1, 2004                                                        /s/ Veronica McAllister

## BIOPURE CORPORATION SERVICE LIST

**Berman DeValerio Pease Tabacco Burt & Pucillo**
Jeffrey C. Block
Patrick T. Egan
One Liberty Square, 8th Floor
Boston, MA 02109
(617) 542-8300

**Bernstein Liebhard & Lifshitz, LLP**
Mel E. Lifshitz
10 East 40th Street
New York, NY 10016
(212) 779-1414

**Bernstein Litowitz Berger & Grossmann LLP**
Daniel L. Berger
Gerald H. Silk
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

**Cauley Geller Bowman & Rudman, LLP**
Samuel H. Rudman
Russell J. Gunyan
200 Broadhollow Road
Suite 406
Melville, NY 11747
**(631) 367-7100**

**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
Steven J. Toll
Julie Goldsmith
1100 New York Avenue, NW
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

**Emerson Poynter LLP**
John G. Emerson
Scott E. Poynter
P.O. Box 164810
Little Rock, AR 72216
(501) 907-2555

**Fruchter & Twersky**
Jack G. Fruchter
One Penn Plaza, Suite 1910
New York, NY 10019
**(212) 279-5050**

**Gilman and Pastor, LLP**
David Pastor
Peter Lagorio
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
**(781) 231-7850**

**Goodkind Labaton Rudoff & Sucharow LLP**
Jonathan M. Plasse
Christopher J. Keller
100 Park Avenue
New York, NY 10017
(212) 907-0700

**Law Offices of Bernard M. Gross, P.C.**
Deborah R. Gross
Robert P. Fruitkin
1515 Locaust Street, 2nd Floor
Philadelphia, PA 19102
(215) 561-3600

**Jaroslawicz and Jaros**
David Jaroslawicz
150 William Street, 19th Floor
New York, NY 10038
(212) 227-2780

**Kaplan Fox & Kilsheimer**
Laurence D. King
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
(415) 772-4700

**Kaplan Fox & Kilsheimer**
Frederic S. Fox
Joel B. Strauss
Hae Sung Nam
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980

**Levin Fishbein Sedran & Berman**
Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

**Lockridge Grindal Nauen P.L.L.P.**
Richard A. Lockridge
Karen Hanson Riebel
100 Washington Avenue South, Suite 2200
Mimmeapolis, MN 55401
(612) 339-6900

**Marks & Artau, P.A.**
Jeffrey S. Marks
2499 Glades Road, Suite 308
Boca Raton, FL 33431
(561) 416-9801

**Milberg Weiss Bershad Hynes & Lerach LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300

**Moultan & Gans, P.C.**
Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979

**Law Offices of Bruce G. Murphy**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
(772) 231-4202

**Perkins Smith & Cohen, LLP**
Susan E. Stenger
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

**Law Offices of Charles Piven**
World Trade Center
401 E. Pratt St., Suite 2525
Baltimore, MD 21202
(410) 332-0030

**Pomerantz Haudek Block Grossman & Gross LLP**
Marc I. Gross
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100

**Rabin, Murray & Frank LLP**
Marvin L. Frank
Eric J. Belfi
Gregory B. Linkh
275 Madison Avenue, 8th Floor
New York, NY 10016
(212) 682-1818

**Schiffrin & Barroway, LLP**
Marc A. Topaz
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

**Stull, Stull & Brody**
Jules Brody
Howard T. Longman
6 East 45th Street
New York, NY 10017
(212) 687-7230

**Law Offices of Curtis V. Trinko, LLP**
Curtis V. Trinko
16 West 46th Street, 7th Floor
New York, NY 10036
(212) 490-9550

**Law Offices of Richard J. Vita**
77 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 426-6566

**Wechsler Harwood LLP**
Robert Harwood
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400

**Zwerling, Schachter & Zwerling, LLP**
Susan Salvetti
Shayne J. Fuchs
845 Third Avenue
New York, NY 10022
(212) 223-3900

**COUNSEL FOR PLAINTIFFS**

Eunice E. Lee
Robert A. Buhlman
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

**COUNSEL FOR DEFENDANTS**